THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH DAVIS, Appellant.

(Argued October 5, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court, in the third judicial department, entered upon an order made July 2, 1892, which affirmed a judgment of the Court

of Sessions of Albany County entered upon a verdict convicting defendant of the crime of grand larceny in the second degree, and also affirmed an order denying a motion for a new trial.

*P. D. Niver* for appellant.

*James W. Eaton, District Attorney,* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.